IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OZLEM YILMAZ,

    Plaintiff,

v.                                                   CASE NO. 1:10-cv-00099-MP-AK

MEMED DUMAN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court upon the filing of a Complaint. (Doc. 1). Plaintiff brings this cause *pro se*, and he has paid the filing fee. (Doc. 1). As such, he is responsible for serving the complaint upon the Defendant named therein.

Even though Plaintiff is not an attorney, he has elected to bring this lawsuit without counsel and must prosecute this action according to applicable rules and procedure. To aid in this effort, the court will direct Plaintiff to the applicable rule for service and will request the Clerk to forward a copy of the rule to Plaintiff for his reference. Plaintiff is reminded that Defendants must be served within 120 days from the date of the filing of the complaint. Fed. R. Civ. P. 4(m). The complaint was filed on June 2, 2010. (Doc. 1).

Plaintiff should pay particular attention to Rule 4(f), Federal Rules of Civil Procedure, concerning service upon persons in foreign countries.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Clerk shall forward to Plaintiff a copy of Fed. R. Civ. P. 4, two blank summons

and two copies of Form 1A so that Plaintiff may request the Defendant to waive formal service, if applicable.

    2. If Plaintiff elects to attempt formal service, he shall complete each summons and return to the Clerk within ten days of this date. If the summons are completed and returned, the Clerk shall issue summons for each defendant indicating that they have twenty-one (21) days to respond to the complaint.

    3. Plaintiff is reminded that it is his responsibility to serve Defendants within 120 days of the filing of the original complaint. Failure to timely serve Defendants in this case may result in dismissal of this lawsuit.

    4. After a response to the complaint has been filed by a Defendant, Plaintiff is required to mail to the attorney for the Defendants a copy of every pleading or other paper, including letters, submitted for consideration by the Court. Plaintiff must include with the original paper to be filed with the Clerk of Court a certificate of service which states the date a correct copy of the paper was mailed to the Defendants or the attorney representing the Defendants. Any paper submitted for filing after a response to the complaint has been filed by the Defendants which does not contain a certificate of service shall be returned by the Clerk and disregarded by the Court.

    5. The Clerk of Court shall return this file to the undersigned upon the filing of the last answer by the Defendants.

    **DONE AND ORDERED** this  *8th*  day of July, 2010

                           *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge